No. 252. AMY CURTIS, APPELLANT, v. WEST END STREET RAILWAY COMPANY ET AL. Appeal from the District Court of the United States for the District of Massachusetts. January 26, 1916. Dismissed with costs, pursuant to the tenth rule. *Mr. Burton E. Eames* for the appellant. *Mr. Alexander Britton, Mr. Evans Browne* and *Mr. Charles A. Williams* for the appellees.

---

No. 868. CONGREGACION DE LA MISSION DE SAN VICENTE DE PAUL, APPELLANT, v. FRANCISCO REYES Y MIJARES AND EL BANCO ESPANOL FILIPINO. Appeal from the Supreme Court of the Philippine Islands. February 21, 1916. Docketed and dismissed with costs, on motion of *Mr. Evans Browne* for the appellees. *Mr. Evans Browne* for the appellees. No one opposing.

---

No. 313. W. C. HAGAN ET AL., PLAINTIFFS IN ERROR, v. MADISON F. LARKIN. In error to the Superior Court of Cochise County, State of Arizona. February 21, 1916. Dismissed with costs, on motion of counsel for the plaintiffs in error. *Mr. Benjamin C. Tunnison* for the plaintiffs in error. No appearance for the defendant in error.

---

No. 544. SOUTHERN OREGON COMPANY, PLAINTIFF IN ERROR, v. W. W. GAGE, SHERIFF OF COOS COUNTY, ORE. In error to the Supreme Court of the State of Oregon. February 21, 1916. Dismissed with costs, on motion of counsel for the plaintiff in error. *Mr. Joseph Simon* and *Mr. John M. Gearin* for the plaintiff in error. No appearance for the defendant in error.